**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-01180-CFC |
| | ) | |
| v. | ) | |
| | ) | |
| INTERCEPT PHARMACEUTICALS, INC., | ) | JURY TRIAL DEMANDED |
| JEROME DURSO, PAOLO FUNDARÒ, | ) | |
| MARK PRUZANSKI, SRINIVAS | ) | |
| AKKARAJU, LUCA BENATTI, DANIEL | ) | |
| BRADBURY, KEITH GOTTESDIENER, | ) | |
| NANCY MILLER-RICH, DAGMAR | ) | |
| ROSA-BJORKESON, GINO SANTINI, and | ) | |
| GLENN SBLENDORIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated: January 17, 2024

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*